Name: Gabriel Donnelly
Prison Number: 524546
Place of confinement: Goose Creek Correctional Center
Mailing address: 22301 West Alsop Road
City, State, Zip: Wasilla, Alaska 99623
Telephone:

RECEIVED
OCT 07 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Donnelly, Gabriel,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Judge John C. Cagle,
Melissa Howard (State Prosecutor),
Timothy Ayer (Public defender),
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:21-CV-00225-TMB
(To be supplied by Court)

PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Gabriel Donnelly,
(print your name)
who presently resides at Goose Creek Correctional Center 22301 West Alsop Road Wasilla, Alaska 99623,
(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Judge John C. Cogle_ is a citizen of
_(name)_
_Alaska_, and is employed as a _3rd Judicial District Judge_.
_(state)_ _(defendant's government position/title)_

\_\_\_\_\_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_✓_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Melissa Howard_ is a citizen of
_(name)_
_Alaska_, and is employed as a _D.A. State Prosecutor (Palmer)_.
_(state)_ _(defendant's government position/title)_

\_\_\_\_\_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_✓_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Timothy Ayer_ is a citizen of
_(name)_
_Alaska_, and is employed as a _Public Defender (Palmer)_.
_(state)_ _(defendant's government position/title)_

\_\_\_\_\_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_✓_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about <u>May 2021 - 27 Sept 2021</u>, my civil right to
(Date)
<u>Due Process</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by <u>Judge John C. Cagle (D.A.) Melissa Howard PD Timothy Ayer, A Alston, N Strackbein Clerks</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

From 14 May 2021 - 27 Sept 2021 I I have been requesting a Representation of counsel hearing to change my Public Defender to get an actual true defense attorney. Also every one I have listed are all apart of violating my Constitutional Right / Constitutional & Federal law a Right to do due process.

Prisoner § 1983 - 3
PS01, Nov. 2013

Claim 2: On or about 25 Nov 2020 - 12 Feb 2021, my civil right to
(Date)
Arrested (78 days) before my indictment hearing
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Judge John C. Cagle (D.A.) Melissa Howard
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

It is unconstitutional, violates Constitutional/Federal law, to arrest me & remand me before my indictment hearing. By Federal law the courts have 5 days to file for an indictment hearing, & if the courts don't within 5 days. The Courts have to refile if courts don't within 5 more days, case has to be dismissed. Do to the courts failing to do their job.

Claim 3: On or about <u>25 Nov 2020 - 5 Oct 2021</u>, my civil right to <u>Corrupt Bureaucrats violating the Federal/Constitutional law</u> (Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>Judge John C. Cagle, (D.A.) Melissa Howard, (P.D.) Timothy Ayer</u> (Name of the specific Defendant who violated this right)

Supporting Facts:

Running a fake/fraudulent law aka Admiralty law aka Maritime law (law of the sea) aka British Law (Guilty until proven innocent) aka Maritime Trade Contract for trafficing humans. Corrupt Bearaucrats are criminals practicing a fake law (Admiralty Law) not the Constitutional law, not only practicing the fake law, also using a fake license to do it. To investigate Google Search "Admiralty" in U.S. Courts, Two United States. Also go to www.taxfreedom101.com/pages/manifesto.htm for The 10 planks of the Communist Manifesto of Karl Marx. The BAR - British Accredited Registry: www.abanet.org/British Accreditation Registry. Also I will be getting the Anti-Sovereignty Book Government gives to judges, Maritime Jurisdiction of courts exposed, The Uniform Commercial Code Supplemental 5.0, The Two United States and the fake law, Scripts for Constitutional Rogue Officials, Caveat Judices (Judges Beware), Former Judge Reveals Secrets of America very soon. I will also have a friend put a corperate lien on Judge John C. Cagle, D.A. Melissa Howard, Public Defender Timothy Ayer. On their income/finances/houses/vehicles, for them to cash/deposit their paychecks or buy/sell anything they'd have to get a signature from me. Legal Malpractice for ignoring all of the Federal Offenses committed by the questioning officers/my accusers read attached paper of Deficiency Notice 9/23/21

Prisoner § 1983 - 5
PS01, Nov. 2013

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? \_\_\_\_\_ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): __N/A__

Defendant(s): __N/A__

Name and location of court: __N/A__

Docket number: __N/A__    Name of judge: __N/A__

Approximate date case was filed: __N/A__    Date of final decision: __N/A__

Disposition: __N/A__ Dismissed  __N/A__ Appealed  __N/A__ Still pending

Issues Raised: __N/A__

b. <u>Lawsuit 2</u>:

Plaintiff(s): __NA__

Defendant(s): __NA__

Name and location of court: __NA__

Docket number: __N/A__    Name of judge: __NA__

Approximate date case was filed: __NA__    Date of final decision: __NA__

Disposition: __NA__ Dismissed  __NA__ Appealed  __N/A__ Still pending

Issues Raised: __NA__

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

\_\_\_\_\_ Yes __✓__ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

Case 3:21-cv-00225-TMB   Document 1   Filed 10/07/21   Page 6 of 9

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____N/A_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ___ Yes  ✓ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____N/A_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

2. Punitive damages in the amount of $ 3.9 million

3. An order requiring defendant(s) to pay 3.9 million judge, D.A, Public defender

4. A declaration that all charges dropped/case dismissed w/extreme prejudice, Public apology for defformation of character

5. Other: exonerated of all charges & diplomatic immunity

Plaintiff demands a trial by jury. _____ Yes ✓ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Goose Creek Correctional Center, Wasilla, AK on 5 Oct 2021
          (Location)                                     (Date)

*Gabriel Donnelly*
(Plaintiff's Signature)

_____  _____
Original Signature of Attorney (if any)     (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Case 3:21-cv-00225-TMB   Document 1   Filed 10/07/21   Page 8 of 9



Gabriel Donnelly 521593-127
Goose Creek Correctional Center
22301 West Alsop Road
Wasilla, Alaska 99623

Anchorage P&DC 99530
WED 06 OCT 2021 PM

Clerk of Court
United States District Court
District of Alaska
222 West 7th Avenue, Box 4
Anchorage, Alaska 99513-7564